## No. 15,955.

PETERSON *v.* PETERSON.
(191 P. [2d] 744)

Decided March 15, 1948.   Rehearing denied April 5, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, Mr. Justice Alter not participating.

Mr. MORTON M. DAVID, Mr. FRED L. SCHWARTZ, for plaintiff in error.

Mr. EARL J. HOWER, for defendant in error.